# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__ O-ew

Thomas Priest Jackson

USCA NO. _____

SDNY NO. 07cv5853
JUDGE: __DAB__
DATE: __7/24/2007__

-v-

Killian et al

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
FIRM _____APPEALS SECTION_____
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------

DOCUMENTS                                                                          DOC#

_____
Clerk's Certificate
_____
See Attached List of Numbered Documents
_____
Only Circled Documents Included
_____

( √ ) Original Record                                      (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __24th__ Day of __July__, 2007.

United States District Court for
the Southern District of New York

------------------------------------------------------------

Thomas Priest Jackson

-V-

Killian et al

------------------------------------------------------------

Date: 7/24 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv5853__

D.C. JUDGE __DAB__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**               **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __24th__ Day of __July__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05853-DAB
### Internal Use Only

Jackson v. Killian et al  
Assigned to: Judge Deborah A. Batts  
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 06/20/2007  
Jury Demand: None  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Thomas Priest Jackson.(mbe) (Entered: 07/02/2007) |
| 06/20/2007 | 2 | COMPLAINT against Janice Killian, Roslynn R. Mauskopf. Document filed by Thomas Priest Jackson.(mbe) (Entered: 07/02/2007) |
| 06/20/2007 |  | Magistrate Judge Henry B. Pitman is so designated. (mbe) (Entered: 07/02/2007) |
| 06/20/2007 | 3 | ORDER OF DISMISSAL Plaintiff's request in forma pauperis is granted, however, for the following reasons, plaintiff's action is dismissed. Accordingly, plaintiff's action is dismissed. As it makes no substantial showing of a constitutional right, a certificate of appealability will not issue. 28 U.S.C.2253. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That this action be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(b)(ii). As it makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not be issued. 28 U.S.C.2253. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 07/09/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Thomas Priest Jackson. (tp) (Entered: 07/19/2007) |
| 07/09/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Thomas Priest Jackson. $455.00 APPEAL FEE DUE. (tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |
| 07/19/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/19/2007) |