Case 1:07-cv-05853-DAB   Document 7   Filed 06/05/2008   Page 1 of 2

# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

Date:          4/15/08

Docket Number: 07-3181-pr

Short Title:   Jackson v. Killian

DC Docket Number: 07-cv-5853

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Deborah Batts

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the   24th   day of January, two thousand eight.

Thomas Priest Jackson,

    Plaintiff-Appellant,

v.

Janice Killian, Roslyn R. Mauskopf,

    Defendants-Appellees.



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 6/20/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Jorenzo Martin*

Eugene L. Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *E. Jorenzo Martin*

DEPUTY CLERK

ISSUED AS MANDATE:   JAN 24 2007

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

Date:           4/15/08                          DC Docket Number: 07-cv-5853

Docket Number: 07-3181-pr                        DC:       SDNY (NEW YORK CITY)

Short Title:    Jackson v. Killian               DC Judge: Honorable Deborah Batts

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th    day of January, two thousand eight.

Thomas Priest Jackson,

    Plaintiff-Appellant,

v.

Janice Killian, Roslyn R. Mauskopf,

    Defendants-Appellees



The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis,* and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 6/20/07 United States District Court for the Southern District of New York (NYC) be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *E. Torenza Martin*

Eugene L. Martin, Deputy Clerk

THE MANDATE, CONSISTING OF ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY:_____ DATE___